August 14, 2006

George D. Reynolds, Staff Counsel
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

FINANCIAL DISCLOSURE OFFICE
2006 AUG 22 A 11: 07
RECEIVED

Dear Mr. Reynolds:

The following information is offered to supplement my May 9, 2006 Financial Disclosure Report.

In Part VII, page 5, lines 21-23, Column D(1), I listed the acquisition of "First Investors Insured Tax Free Fund." Column D(3) was left blank.

The following corrections to my 2006 Financial Disclosure Report are made:

In Part VII, page 5, line 21, Column A, the reference to "First Investors Insured Tax Free Fund A" is struck. The correct description asset should read "First Investors California Insured Tax Free Fund A." All the other information provided is correct. The value code for Column D(3) is "K."

In Part VII, page 5, line 22, the reference to "First Investors Insured Tax Free Fund A" is struck. The correct description asset should read "First Investors Growth and Income Fund A." All the other information provided is correct. The value code for Column D(3) is "K."

In Part VII, line 23, the reference to "First Investors Insured Tax Free Fund A" is struck. The correct description asset should read "First Investors Special Situations Fund A." Column B(1) is "A." Column B(2) is "dividend." Column C(1) is "K." Column C(2) is "T." Column D(1) is "none." The reference in Column D(2) to "04/14" is struck.

Sincerely,



S. James Otero
United States District Judge



| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-11) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Otero, Samuel J | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/09/2006 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States District Court<br>312 North Spring Street<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | California Judges Retirement Plan; Pension Upon Retirement, Age 63 |
| 2. 1988 | Los Angeles Employees Retirement Plan; Pension Upon Retirement, Age 55 |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J | 05/09/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | Los Angeles Unified School District |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J | 05/09/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie Mae | Student Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Franklin California Tax Free Income Fund | A | Dividend | K | T | redemption | 11/05 | K | | |
| 2. Galliard Stable Value (LA Def. Comp. Wash. Mutual Liquid) | A | Interest | | | | | | | |
| 3. F.I. Roth Retirement Account F.I. Cash Management Fund A | B | Dividend | J | T | deposit | 02/23 | N | | |
| 4. F.I. Roth Retirement Account F.I. Cash Management Fund A | B | Dividend | J | T | redemption | 04/19 | K | | |
| 5. F.I. Roth Retirement Account F.I. Cash Management Fund A | B | Dividend | J | T | redemption | 05/23 | K | | |
| 6. F.I. Roth Retirement Account F.I. Cash Management Fund A | B | Dividend | J | T | redemption | 05/31 | J | | |
| 7. F.I. Roth Retirement Account F.I. Cash Management Fund A | B | Dividend | J | T | redemption | 06/13 | K | | |
| 8. F.I. Roth Retirement Account F.I. Cash Management Fund A | B | Dividend | J | T | redemption | 06/14 | J | | |
| 9. F.I. Roth Retirement Account F.I. Cash Management Fund A | B | Dividend | J | T | redemption | 06/29 | K | | |
| 10. F.I. Roth Retirement Account F.I. Cash Management Fund A | B | Dividend | J | T | redemption | 07/25 | L | | |
| 11. F.I. Roth Retirement Account F.I. Cash Management Fund A | B | Dividend | J | T | redemption | 08/18 | K | | |
| 12. F.I. Roth Retirement Account F.I. Cash Management Fund A | B | Dividend | J | T | redemption | 08/19 | J | | |
| 13. F.I. Roth Retirement Account F.I. Cash Management Fund A | B | Dividend | J | T | redemption | 09/06 | J | | |
| 14. F.I. Roth Retirement Account F.I. Cash Management Fund A | B | Dividend | J | T | redemption | 10/03 | K | | |
| 15. F.I. Roth Retirement Account F.I. Cash Management Fund A | B | Dividend | J | T | redemption | 10/17 | J | | |
| 16. F.I. Roth Retirement Account F.I. Cash Management Fund A | B | Dividend | J | T | redemption | 12/16 | J | | |
| 17. First Investors Investment Grade Fund A | B | Dividend | K | T | None | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Investors Fund for Income | B | Dividend | K | T | None | | | | |
| 19. First Investors Blue Chip Fund A | A | Dividend | K | T | redemption | 09/16 | K | | |
| 20. First Investors Government Fund | A | Dividend | K | T | None | | | | |
| 21. First Invesors Insured Tax Free Fund A | A | Dividend | K | T | buy | 04/14 | | | |
| 22. First Investors Insured Tax Free Fund A | A | Dividend | K | T | buy | 04/14 | | | |
| 23. First Investors Insured Tax Free Fund A | A | Dividend | K | T | buy | 04/14 | | | |
| 24. Oppenheimer Discovery Fund | A | Dividend | J | T | None | | | | |
| 25. Oppenheimer Equity Fund | A | Dividend | J | T | None | | | | |
| 26. Aviva Life Insurance Strategy Select | A | Dividend | J | T | None | | | | |
| 27. Great American Life Insurance | A | Dividend | J | T | None | | | | |
| 28. Government Securities Investment Fund X TSP | | | | | | | | | |
| 29. Common Stock Index Investment Fund X TSP | | | | | | | | | |
| 30. 2020 Life Cycle Fund XTSP | | | | | | | | | |
| 31. Small Cap. Index X TSP | | | | | | | | | |
| 32. International Fund X TSP | | | | | | | | | |
| 33. United States Savings Bond | A | Interest | J | T | None | | | | |
| 34. Washington Mutual Bank Joint Accounts | A | Interest | J | T | None | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. L.A. Federal Credit Union Joint Accounts | A | Interest | J | T | None | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J | 05/09/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VI. Stanford and Bank of America student loans reported in 2004 have been paid.

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J | 05/09/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

5/9/06

Signature_____

NOTE: ANY INDIVIDU................................LE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544